# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| WINFRED L. EATON, | : |
| Plaintiff, | : |
| vs. | : CA 14-00449-C |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | : |
| Defendant. | : |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the decision of the Commissioner of Social Security denying the Plaintiff benefits be affirmed.

**DONE** and **ORDERED** this the 4th day of April 2016.

s/WILLIAM E. CASSADY
**UNITED STATES MAGISTRATE JUDGE**